**DISMISSED and Opinion Filed December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01098-CR
No. 05-17-01099-CR
No. 05-17-01103-CR

**SALBADOR AMARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-60526-J, F16-75004-J, F16-75005-J**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Before the Court is Salbador Amaro's November 21, 2017 motion to abandon the appeals. In the motion, appellant states that he no longer desires to pursue the appeals. Counsel has signed the motion and affixed an exhibit signed by appellant showing his consent to allow counsel to abandon the appeals. We **GRANT** appellant's motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss the appeals.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
171098F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SALBADOR AMARO, Appellant

No. 05-17-01098-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F15-60526-J.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 5, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SALBADOR AMARO, Appellant

No. 05-17-01099-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F16-75004-J.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 5, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SALBADOR AMARO, Appellant

No. 05-17-01103-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F16-75005-J.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered December 5, 2017.